IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY G YOUNG,                                No C-08-5690 VRW (PR)

       Plaintiff,

    v                                            ORDER OF DISMISSAL

CHARLES D LEE, MD, et al,

       Defendant(s).

_____/

       Plaintiff, a prisoner at Salinas Valley State Prison ("SVSP"), has filed a pro se complaint under 42 USC section 1983 alleging that SVSP officials were deliberately indifferent to his serious medical needs. Doc #1. Because plaintiff's complaint failed to show how any of the defendants proximately caused the deprivation of his federally protected right, the court per order filed on May 5, 2009 afforded plaintiff thirty days to amend his complaint to allege facts identifying who allegedly deprived him of his constitutional rights and how those particular defendants proximately caused the alleged deprivation. Doc #6. Plaintiff was advised that failure to file a proper amended complaint within the

designated time would result in dismissal of the action.  Id.

      Almost sixty days have elapsed since plaintiff was ordered to file an amended complaint.  Plaintiff, however, has failed either to file an amended complaint or seek an extension of time to do so.  Accordingly, the action is DISMISSED without prejudice.

      The clerk shall close the file and terminate all pending motions as moot.

      IT IS SO ORDERED.

[signature]

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Young-08-5690.order of dismissal.wpd

2